# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEANDRE C. NIXON

NO. 2019 KW 1246

NOV 1 2 2019

In Re:   Deandre C. Nixon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 08-17-0882 & 09-16-0412.

BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects relator pled guilty to and was sentenced for the charges at issue in his "Motion of Bill of Particulars" on October 15, 2019.

VGW
JMG
WJC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT